[No. 41333-3-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. WOODROW CALVIN WILSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-00713-1, Richard A. Jones, J., entered September 8, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41465-8-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *on the Relation of Austin Dante Colts, Petitioner*, v. JOHN LLOYD RIPLEY, *Appellant*, LORIN LEE COLTS CARAPIET, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-5-01304-4, John M. Darrah, J., entered September 19, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41485-2-I.    Division One.    December 7, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MASTER W. LINDSEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-8-03626-9, Carol A. Shapira, J., entered October 8, 1997. *Affirmed* by unpublished per curiam opinion.

[No. 41533-6-I.    Division One.    December 7, 1998.]

BEN HOLT INDUSTRIES, *Appellant*, v. NORTHSHORE UTILITY DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-2-28430-2, Harriett M. Cody, J., entered October 3, 1997. *Affirmed* by unpublished opinion per Cox, J., concurred in by Coleman and Ellington, JJ.